108 A.3d 29

**WALLER CORPORATION, Respondent,**

v.

**WARREN PLAZA, INC., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Should Warren's Petition for Allowance of Appeal be granted because there are conflicting Pennsylvania Superior Court opinions about whether a good faith refusal to pay a contractor or subcontractor is or is not a factor to be considered when a court is deciding whether to award attorney fees under the Contractor Subcontractor Payment Act which creates uncertainty affecting thousands of businesses in the Commonwealth?